United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Olivier Caron, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 16-23065-Civ-Scola |
| | ) |
| NCL (Bahamas) Ltd. dba Norwegian Cruise Line, Defendant. | ) |

### Order Adopting Magistrate's Report And Recommendation

This matter was referred to United States Magistrate Judge Alicia Otazo-Reyes for a report and recommendation on Defendant NCL (Bahamas) Ltd.'s motion for bill of costs (ECF No. 327). On May 30, 2018, Judge Otazo-Reyes issued an amended report, recommending that the Court grant in part and deny in part the motion and award NCL costs totaling $11,149.77, plus interest at the statutorily prescribed rate from November 6, 2017, until the date of payment. (Rep. & Recs. at 10.) No objections have been filed and the time to object has passed. Having considered Judge Otazo-Reyes's report, the record, and the relevant legal authorities, the Court finds her report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Otazo-Reyes's report and recommendation (**ECF No. 327**), **granting in part and denying in part** NCL's motion to tax costs (**ECF No. 306**). Consistent with the report, the Court awards **$11,149.77**, plus interest, in costs to Defendant NCL (Bahamas) Ltd., doing business as dba Norwegian Cruise Line, to be paid by Plaintiff Olivier Caron.

**Done and ordered** at Miami, Florida on September 26, 2018.

_____
Robert N. Scola, Jr.
United States District Judge